**Opinion issued September 12, 2014**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-14-00749-CR

———————————

## IN RE JOSUE CERVANTES, Relator

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Relator Josue Cervantes has filed a petition for writ of mandamus challenging the trial court's order granting a motion to quash a subpoena duces tecum served by relator on a non-party.[*] We **deny** the petition. To the extent that the petition requests an emergency stay of the underlying trial court proceedings pending our determination on the petition, we dismiss the request as moot.

---

[*] The underlying case is *State of Texas v. Josue Cervantes*, cause number 1410156, pending in the 248th District Court of Harris County, Texas, the Honorable Katherine Cabaniss presiding.

**PER CURIAM**

Panel consists of Justices Massengale, Brown, and Huddle.